UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERVAIZ QURESHI,

Plaintiff,     **PETITION FOR REMOVAL**

-against –

YURIY A. DRON, LARISA MAGALYUR
and FAST TRACK, LLC,

Defendant.

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
NEW YORK, FOLEY SQUARE:

Defendant, YURIY A. DRON, LARISA MAGALYUR and FAST TRACK, LLC,

files this Notice for Removal under 28 U.S.C. §§ 1141, 1446 and Federal Rules of Civil

Procedure, Rule 81 (c) and Local Rule 81.1 and respectfully shows the Court:

A.    These defendants are requesting removal to the above Court in the above-

entitled action.

B.    The above-entitled action was commenced in the Supreme Court of the State

of New York, County of Bronx by plaintiff's counsel, on or about November 23, 2007,

under Index No: 303037/07, pursuant to CPLR Section 304 and is now pending in that

Court, upon information and belief, annexed hereto as Exhibit "A".

C.    The above-mentioned action is a Supreme Court action for personal injuries

allegedly sustained in a motor vehicle accident.

D.    The action is one of which the United States District Courts are given original

jurisdiction under 28 U.S.C. §1332(a) by reason of the diversity of citizenship of the parties.

E.    The amount of controversy in the action, exclusive of interest and costs,

exceeds $75,000.00.

F.    Thirty (30) days have not yet expired since the action thereby became removable to this Court.

G.    At the time of the commencement of this action and upon information and belief, plaintiff was and is a citizen and resident of the State of New Jersey.  His address, according to the police report is 47 Alan Terrace, Jersey City, New Jersey, 07306. (Exhibit "B"), pursuant to Local Rule 81.1.

H.    Copies of all pleadings, process and orders served on petitioner in this action are attached and marked as Exhibit "C".

I.    The summons and complaint was first received by the removing defendants, upon information and belief, YURIY A. DRON, LARISA MAGALYUR and FAST TRACK, LLC, on or about December 14, 2007.

J.    This petition is timely within the meaning of  28 U.S.C. 1446(b).

K.    That promptly after filing this petition of removal the defendant's shall give written notice of the removal to the plaintiff through his attorney of record in the State action.

That this petition of removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, these defendants' request that the above-entitled action be removed from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.

Dated: New York, New York
       January 10, 2008

BY : FREDERICK D. SCHMIDT, JR. (FDS 8821)
LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Defendants
YURIY A. DRON, LARISA MAGALYUR
and FAST TRACK, LLC
485 Lexington Avenue, 7th Floor
New York, New York 10017
 (917) 778-6600

TO:

OMRANI & TAUB, P.C.
Attorneys for Plaintiff
535 Fifth Avenue, 3rd Floor
New York, New York 10017
(212) 599-5550

Exhibit A

AFFIDAVIT OF SERVICE

Page 1 of 2

**28 - OMRANI & TAUB, P.C.**
Back to Client Services Home
Click here to view a printer friendly version of this Affidavit.
(Use your browser's "Back" button to return to Previous Page.)

➡ **PROCESS**

UNITED
SERVICE

**Important: This is not an official document and is for reference only.**
To receive a signed and notarized copy of this affidavit, please e-mail us or call our office at 212-619-0728.

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF BRONX

PERVAIZ QURESHI

- against -

Plaintiff(s)

YURIY A. DRON, ETAL

Defendant(s)

Atty: OMRANI & TAUB, P.C.

Index #: 303037/07
Purchased: November 23, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 14, 2007 at 01:00 PM at SECRETARY OF STATE , 123 WILLIAM STREET, 19TH FLOOR, NEW YORK, NY 10038, deponent served the within SUMMONS & VERIFIED COMPLAINT on YURIY A. DRON therein named,

SECRETARY OF STATE By service upon the N.Y.S. Secretary of State under Section 253 of the Vehicle and Traffic Law by delivering to L. POWELL, LEGAL CLERK, AUTHORIZED to accept thereof, and tendering the required fee of $10.00.

MAILING Deponent enclosed a copy of same in a postpaid wrapper properly addressed to defendant at defendant's last known residence at 12330 SE BUSH STREET , APT 45, PORTLAND, OR 97236, and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 20, 2007 by CERTIFIED MAIL-RETURN RECEIPT REQUESTED , RECEIPT # 0000 9687 3986 in an envelope marked PERSONAL & CONFIDENTIAL

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 35 | 5' 9" | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant in this action.

Sworn to me on: December 20, 2007

EL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County

**ANDERSON CHAN**
License #: 1220482

Exhibit B

08/09/2006  22:45  9736221903          FREDRICK R SCHREC          PAGE 03

## POLICE ACCIDENT REPORT (NYC)
New York State Department of Motor Vehicles
MV-104AN (5/04)

Precinct: 043
Accident No: 1766

☐ AMENDED REPORT

**Accident Date:** Month 8  Day 2  Year 06
Day of Week: WED  Military Time: 1615
No. of Vehicles: 1  No. Injured: 2  No. Killed: 0
Not Investigated at Scene ☐  Left Scene ☐  Police Photos ☐ Yes ☐ No
Reconstructed ☐

### VEHICLE 1
☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

**VEHICLE 1 - Driver License ID Number:** 6471243  State of Lic: OREGON
**Driver Name - exactly as printed on license:** DRON, YURIY, A
**Address (Include Number & Street):** 12330 SE BUSH ST  Apt. No: 45
**City or Town:** PORTLAND  State: OREGON  Zip Code: 97236

**VEHICLE 2 - Driver License ID Number:** Q9358125000 6552  State of Lic: NJ
**Driver Name - exactly as printed on license:** PERVAIZ QURESHI
**Address (Include Number & Street):** 47 ALAN TERRACE
**City or Town:** JERSEY CITY  State: NJ  Zip Code: 07306

**Date of Birth:** Month 7  Day 28  Year 68  Sex: M  Unlicensed ☐  No. of Occupants
**Name - exactly as printed on registration:** MAGALYUK, LARISA  Sex  Date of Birth
**Address (Include Number & Street):** PO BOX 821788  Apt. No.  Haz. Mat. Released
**City or Town:** VANCOUVER  State: WA  Zip Code: 98682

**Date of Birth:** Month 6  Day 28  Year 72  Sex: M  Unlicensed ☐  No. of Occupants
**Name - exactly as printed on registration:** PERVAIZ Q. QURESHI  Sex: M  Date of Birth: Year 7
**Address (Include Number & Street):** 47 ALAN TERRACE  Apt. No.  Haz. Mat. Released
**City or Town:** JERSEY CITY  State: NJ  Zip Code: 07306

**Plate Number:** YAFD126  State of Reg: OREGON  Vehicle Year & Make: 2005 VOLVO  Vehicle Type: TR  Ins. Code
Ticket/Arrest Number(s):
Violation Section(s):

**Plate Number:** XKLY37C  State of Reg: NJ  Vehicle Year & Make: 96 TOYOTA  Vehicle Type: PAS  Ins. Code: 810
Ticket/Arrest Number(s):
Violation Section(s):

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit.

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit.

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact: 3
Box 2 - Most Damage: 1
Enter up to three more Damage Codes: 3 4 5
Vehicle Towed: By / To

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact: 9
Box 2 - Most Damage: 10
Enter up to three more Damage Codes: 4 5
Vehicle Towed: 11  By / To

**ACCIDENT DIAGRAM**

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
If Unknown/Unable to Determine ☐ Yes ☐ No

**Reference Marker:** Coordinates (if available)
Latitude/Northing
Longitude/Easting

**Place Where Accident Occurred:** ☑ BRONX  ☐ KINGS  ☐ NEW YORK  ☐ QUEENS  ☐ RICHMOND
Road on which accident occurred: W/B CROSS BRONX EX.
at 1) intersecting street: BLACK ROCK
or 2) ☐ N ☐ S  ☐ E ☐ W of  Feet  Miles

**Accident Description/Officer's Notes:** AT T/P/O  DRIVER OF VEHICLE #1 STATES VEHICLE #2 DRIVING ON SHOULDER MERGED INTO VEHICLE #1. DRIVER OF VEHICLE #2 COMPLAINS OF BACK INJURY.

| | -8 | -9 | -10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | | 4 | | | M | 13 | 6 | | | | | DRON YURIY A | |
| B | 2 | | 4 | | | M | 12 | 6 | EMS | | JACOBI | | PERVAIZ QURESHI | |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |

**Officer's Rank and Signature:** PO CONNOLLY  Tax ID No: 93 6378  NCIC No. / Precinct: 03030 / 043  Reviewing Officer
Print Name In Full: PO CONNOLLY

08/09/2006  22:45  9736221993                    FREDRICK R SCHREC                    PAGE  04

**PERSONS KILLED OR INJURED IN AC___ NT** (Letter designation of persons killed or injured ___ correspond with letter designation on front).

| A  Last Name | First | M.I. | D  Last Name | First | M.I. |
|---|---|---|---|---|---|
| PERVAIZ  Q.  QURESHI | | | | | |
| Address | | | Address | | |
| 47 ALAN TERRACE  JERSEY CITY  NJ 07302 | | | | | |
| Date of Birth  Month 6  Day 20  Year 5_ | Telephone (Area Code) ( ) | | Date of Birth  Month  Day  Year | Telephone (Area Code) ( ) | |
| B  Last Name | First | M.I. | E  Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth  Month  Day  Year | Telephone (Area Code) ( ) | | Date of Birth  Month  Day  Year | Telephone (Area Code) ( ) | |
| C  Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☑ No  Name: | | |
| Address | | | | | |
| Date of Birth  Month  Day  Year | Telephone (Area Code) ( ) | | | | Shield No. |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 NORTHLAND INSURANCE # TN 510938    Vehicle No. 2 NJ A 8131028

Expiration Date 7/29/07    Expiration Date 9/8/06

VIN 4V4NC9PJ95N389659    VIN 2T1 BB02E4TC167032

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)  ☐ Motor Transport Division (P.D. vehicle involved)  ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)  ☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)  ☐ Personnel Safety Unit (if a P.D. vehicle involved)  ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED (other than vehicles)**          **OWNER OF PROPERTY (include city agency, where applicable)**

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle–Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident

☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal _____    ☐ Complying with Station House Directive

☐ Pursuing Violator    ☐ Routine Patrol

☐ Other (Describe) _____



08 30/2006  00:20   9736221903              FREDRICK R SCHREC⋎                    PAGE  02

# Fredrick R. Schreck

ATTORNEY AT LAW

575 DR. MARTIN LUTHER KING JR. BLVD.
NEWARK, NEW JERSEY 07102

ALSO ADMITTED TO NEW YORK
AND FLORIDA BARS

TEL. (973) 622-5531
FAX (973) 622-1903

August 29, 2006

VIA FACSIMILE:  866-683-7257

Northland Insurance Company
P.O. Box 64816
Mail Code 103N
St. Paul, MN. 55164-0816

Attention:  Nancy Nolan

Re:    My Client:  Pervaiz Qureshi
       Your Insured:  Larisa Magalyur
       Your Claim No.:  TN5109938
       D/A:  08/02/06

Dear Ms. Nolan:

Enclosed please find amended police report with regards to the above-referenced matter.

Apparently the police officer did not ask Mr. Qureshi his version of the accident initially and hence, the need for the amended report.

Mr. Qureshi's version seems to comport with the pictures of his vehicle.

Very truly yours,

Fredrick R. Schreck

FRS/cdj
Enclosure

LAW OFFICE OF THOMAS K. MOORE
RECEIVED

DEC 2 - 2007

Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

INDEX NO.: 303037/07
DATE FILED: 11/23/07

------------------------------------------------------------------------X

PERVAIZ QURESHI

Plaintiff designates Bronx
County as the place of trial

Plaintiff,

-against-

**SUMMONS**

The basis of venue:
CPLR Section 503 (a)

YURIY A. DRON,
LARISA MAGALYUR and
FAST TRACK, LLC

Site of Accident:
Cross Bronx Expressway
Bronx, New York

Defendant(s).

------------------------------------------------------------------------X

*YOU ARE HEREBY SUMMONED* to answer the Complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after service is complete if this summons is not personally delivered to you within the State of New York), and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
November 16, 2007

Yours, etc.

OMRANI & TAUB, P.C.
By: Alex A. Omrani, Esq.
*Attorney(s) for Plaintiff*
535 Fifth Avenue – 23rd Floor
New York, New York 10017
(212) 599-5550

Defendants' Address:
YURIY A. DRON
12330 SE Bush Street, Apt #45
Portland, OR 97236

FAST TRACK, LLC
*<Via Secretary of State>*

LARISA MAGALYUR
P.O. Box 821788
Vancouver, WA 98682
*<Via Secretary of State>*

**PROMPTLY FORWARD THIS DOCUMENT TO YOUR INSURANCE COMPANY**
Northland Ins. Co., 1 Tower Square Hartford, CT 06183.Claim #: TN510938

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X
PERVAIZ QURESHI

Index No.: 303037/07

               Plaintiff,

-against-

**VERIFIED COMPLAINT**

YURIY A. DRON,
LARISA MAGALYUR and
FAST TRACK, LLC
               Defendant(s).
-------------------------------------------------------------------X

      Plaintiff, by and through his attorneys, OMRANI & TAUB, P.C., complaining of the

defendants herein, respectfully alleges, upon information and belief, as follows:

      1.    That at all times relevant herein, the defendant, YURIY A. DRON, was the owner

of a certain motor vehicle bearing Oregon State license plate registration number YAFD176 for

the year 2006.

      2.    That at all times relevant herein, the defendant, YURIY A. DRON, was the

operator of the aforesaid motor vehicle bearing Oregon State license plate registration number

YAFD176.

      3.    That at all times relevant herein, the defendant, YURIY A. DRON, was the

operator of the aforesaid motor vehicle bearing Oregon State license plate number YAFD176

with the permission and consent, expressed or implied, of the owner of said vehicle.

      4.    That at all times relevant herein, the defendant, YURIY A. DRON, was the

operator of the aforesaid motor vehicle bearing Oregon State license plate number YAFD176

within the scope and course of his employment.

      5.    That at all times relevant herein, the defendant, YURIY A. DRON, was the

operator of the aforesaid motor vehicle bearing New York State license plate number LW4602

within the scope and course of his employment for the defendant, FAST TRACK, LLC.

DIB

6.    That at all times relevant herein, the defendant, YURIY A. DRON, maintained the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DIB

7.    That at all times relevant herein, the defendant, YURIY A. DRON, managed and controlled the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

8.    That at all times relevant herein, the defendant, LARISA MAGALYUR, was the owner of the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176 for the year 2006.

DIB

9.    That at all times relevant herein, the defendant, LARISA MAGALYUR, was the operator of the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

10.    That at all times relevant herein, the defendant, LARISA MAGALYUR, maintained the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

11.    That at all times relevant herein, the defendant, LARISA MAGALYUR, managed and controlled the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

12.    That at all times relevant herein, the defendant, FAST TRACK, LLC, was the owner of the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176 for the year 2006.

DKI

13.    That at all times relevant herein, the defendant, FAST TRACK, LLC, was the operator of the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

14.    That at all times relevant herein, the defendant, FAST TRACK, LLC, maintained the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

15.    That at all times relevant herein, the defendant, FAST TRACK, LLC, managed and controlled the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

16.    That on or about August 2, 2006 and at all times relevant herein, the plaintiff, PERVAIZ QURESHI, was the operator of a certain motor vehicle bearing New Jersey license plate registration number KRY37C for the year 2006.

17.    That at all times relevant herein, the roadway commonly known and identified as Cross Bronx Expressway, at or near its intersection with Black Rock, in the County of Bronx, City and State of New York, was and still is a public thoroughfare

18.    That on or about August 2, 2006 on, at or about the aforementioned roadway, the aforesaid motor vehicles bearing Oregon State license plate registration number YAFD176 came into contact with the aforesaid motor vehicle bearing New Jersey State license plate registration number KRY37C.

19.    That by reason of said contact, the plaintiff, PERVAIZ QURESHI, was caused to be injured, and to sustain painful, permanent, and disabling personal injuries requiring medical care and treatment.

20.    That said contact and the resulting injuries were caused by reason of the carelessness, recklessness and negligence of the defendants herein, and without any negligence on the part of the plaintiff contributing thereto.

21.    That as a result of the foregoing, the plaintiff, PERVAIZ QURESHI, sustained a Serious Injury as defined by Section 5102 of the Insurance Law of the State of New York.

22.    That as a result of the foregoing, the plaintiff, PERVAIZ QURESHI, sustained a loss greater than Basic Economic Loss as defined in Section 5102 of the Insurance Law of the State of New York.

23.    That this action falls within one or more of the exceptions set forth in CPLR section 1602, including but not necessarily limited to §1602(6). Plaintiff defers all issues of law to the Court for resolution at the time of trial.

24.    That by reason thereof, the plaintiff, PERVAIZ QURESHI, has been damaged in a substantial sum of money to be determined by the court and/or a jury, in excess of the jurisdictional limits of all lower courts which might have jurisdiction over the action.

*WHEREFORE*, the plaintiff, PERVAIZ QURESHI demands judgment of the defendants, joint and severally, for an amount to be determined by the court and/or a jury, together with the costs and disbursements of this action.

Dated:  New York, New York
       November 16, 2007

ALEX A. OMRANI, ESQ.

STATE OF NEW YORK       )
                            ) ss.:
COUNTY OF NEW YORK    )

     ALEX A. OMRANI, ESQ., being duly sworn, affirms and says that:

     He is an attorney duly admitted to practice law in the State of New York and is a member of the firm of OMRANI & TAUB, P.C. in the within action; that he has read the foregoing **Summons and Verified Complaint** and knows the contents thereof, that the same is true to the best of his own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters he believes them to be true.

     The reason this verification is not made by the plaintiff is that plaintiff resides and is located outside the county wherein the undersigned maintains his office.

     The source of affirmant's information and the grounds for his belief, as to those matters stated upon information and belief, are statements furnished to deponent by plaintiff, personal investigation of this matter and from records maintained in affirmant's office file.

     I affirm the foregoing statements to be true under the penalties of perjury.

Dated: New York, New York
       November 16, 2007

                                      ALEX A. OMRANI, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------x

**PERVAIZ QURESHI,**

                                        Plaintiff,          **DEMAND FOR
                                                            DAMAGES**

        -against-
                                                            Index No.:    303037/07

**YURIY A. DRON, LARISA MAGALYUR and
FAST TRACK, LLC,**

                                        Defendants,
------------------------------------------------------------------x

COUNSELORS:

        Pursuant to CPLR §3017(c) within fifteen (15) days from the date of service of this

request, you are hereby required to set forth the total damages to which plaintiff(s) deems

himself/herself entitled to list same separately for each cause of action.

Dated: New York, New York
        January 4, 2008

                                Law Office of John P. Humphreys
                                By: Robert J. Giard, Esq.
                                Attorneys for Defendants
                                YURIY A. DRON, LARISA MAGALYUR
                                and FAST TRACK, LLC
                                485 Lexington Avenue / 7th Floor
                                New York, New York 10017
                                Telephone No.: (917) 778-6600

TO:
OMRANI & TAUB, P.C.
Attorneys for Plaintiff
535 Fifth Avenue / 23rd Floor
New York, New York 10017
(212) 599-5550

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------x
PERVAIZ QURESHI,

                Plaintiff,

    - against -

YURIY A. DRON, LARISA MAGALYUR and
FAST TRACK, LLC,

                Defendants,
-----------------------------------------------------------------x

**VERIFIED
ANSWER WITH
COUNTER-CLAIM**

Index No.:   303037/07

       The Law Office of JOHN P. HUMPHREYS, as attorney and on behalf of defendants, YURIY A. DRON, LARISA MAGALYUR and FAST TRACK, LLC, answering the Complaint of plaintiff herein, upon information and belief, respectfully alleges:

### AS AND FOR AN ANSWER ON BEHALF OF DEFENDANTS, YURIY A. DRON, LARISA MAGALYUR AND FAST TRACK, LLC

1.    Upon information and belief denies each and every allegation contained in the paragraph of the Complaint designated **"1"**, **"6"**, **"7"**, **"9"**, **"18"**, **"19"**, **"20"**, **"21"**, **"22"**, **"23" AND "24"**.

2.    Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs of the Complaint designated **"2"**, **"3"**, **"4"**, **"5"**, **"8"**, **"10"**, **"11"**, **"12"**, **"13"**, **"14"**, **"15" AND "16"**.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

3.    These parties' responsibility for non-economic loss, if any, which is expressly denied herein, is less than 50% of any responsibility attributed to any tortfeasor, whether or not a party hereto, who is or may be responsible for the happening of plaintiff's alleged accident

and, thus, these parties are entitled to a limitation of damages as set forth in CPLR Article 16.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

4.     The injuries and damages allegedly sustained by plaintiff were caused in whole or in part by the culpable conduct of plaintiff, including negligence and assumption of risk, as a result of which the claim of plaintiff is therefore barred or diminished in the proportion that such culpable conduct of plaintiff bears to the total culpable conduct causing the alleged injuries and damages.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

5.     That if it is determined that plaintiff failed to use available seatbelts, defendant hereby plead such fact in mitigation of damages.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

6.     That this action is barred by reason of the fact that plaintiff did not sustained a "serious injury" as defined in Section 5102 of the Insurance Law and, thus, has no right of recovery under Sec. 5104 of the Insurance Law.

### *AS AND FOR A COUNTERCLAIM FOR COMMON LAW NEGLIGENCE AGAINST PLAINTIFF THESE DEFENDANTS ALLEGE THE FOLLOWING:*

7.     That if plaintiff was caused to sustain injuries and/or damages at the time and place set forth in the Complaint through any carelessness, recklessness and/or negligence other than the plaintiff's own, such damages were sustained in whole or in part by any reason of the carelessness, recklessness and negligence and/or negligent acts of omission or commission of plaintiff.

Further, if plaintiff should recover judgment against these answering defendants, the plaintiff shall be liable to these defendants on the basis of apportionment of responsibility

08 CV 00246
08 CV 00246

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERVAIZ QURESHI,

Plaintiff,  **PETITION FOR REMOVAL**

-against –

JUDGE McKENNA

YURIY A. DRON, LARISA MAGALYUR
and FAST TRACK, LLC,

Defendant.

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
NEW YORK, FOLEY SQUARE:

Defendant, YURIY A. DRON, LARISA MAGALYUR and FAST TRACK, LLC,

files this Notice for Removal under 28 U.S.C. §§ 1141, 1446 and Federal Rules of Civil

Procedure, Rule 81 (c) and Local Rule 81.1 and respectfully shows the Court:

A.    These defendants are requesting removal to the above Court in the above-

entitled action.

B.    The above-entitled action was commenced in the Supreme Court of the State

of New York, County of Bronx by plaintiff's counsel, on or about November 23, 2007,

under Index No: 303037/07, pursuant to CPLR Section 304 and is now pending in that

Court, upon information and belief, annexed hereto as Exhibit "A".

C.    The above-mentioned action is a Supreme Court action for personal injuries

allegedly sustained in a motor vehicle accident.

D.    The action is one of which the United States District Courts are given original

jurisdiction under 28 U.S.C. §1332(a) by reason of the diversity of citizenship of the parties.

E.    The amount of controversy in the action, exclusive of interest and costs,

exceeds $75,000.00.

F.    Thirty (30) days have not yet expired since the action thereby became removable to this Court.

G.    At the time of the commencement of this action and upon information and belief, plaintiff was and is a citizen and resident of the State of New Jersey. His address, according to the police report is 47 Alan Terrace, Jersey City, New Jersey, 07306. (Exhibit "B"), pursuant to Local Rule 81.1.

H.    Copies of all pleadings, process and orders served on petitioner in this action are attached and marked as Exhibit "C".

I.    The summons and complaint was first received by the removing defendants, upon information and belief, YURIY A. DRON, LARISA MAGALYUR and FAST TRACK, LLC, on or about December 14, 2007.

J.    This petition is timely within the meaning of 28 U.S.C. 1446(b).

K.    That promptly after filing this petition of removal the defendant's shall give written notice of the removal to the plaintiff through his attorney of record in the State action.

That this petition of removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, these defendants' request that the above-entitled action be removed from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.

Dated: New York, New York
         January 10, 2008

BY : FREDERICK D. SCHMIDT, JR. (FDS 8821)
LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Defendants
YURIY A. DRON, LARISA MAGALYUR
and FAST TRACK, LLC
485 Lexington Avenue, 7th Floor
New York, New York 10017
 (917) 778-6600

TO:

OMRANI & TAUB, P.C.
Attorneys for Plaintiff
535 Fifth Avenue, 3rd Floor
New York, New York 10017
(212) 599-5550

Exhibit A

AFFIDAVIT OF SERVICE

Page 1 of 2

**28— - OMRANI & TAUB, P.C.**
Back to Client Services Home
Click here to view a printer friendly version of this Affidavit.
(Use your browser's "Back" button to return to Previous Page.)

➡ **PROCESS**

UNITED

SERVICE

**Important: This is not an official document and is for reference only.**
To receive a signed and notarized copy of this affidavit, please e-mail us or call our office at 212-619-0728.

SUPREME COURT OF THE STATE OF NEW YORK

Atty: OMRANI & TAUB, P.C.

COUNTY OF BRONX

Index #: 303037/07
Purchased: November 23, 2007

PERVAIZ QURESHI

Plaintiff(s)

- against -

YOLY A. DRON, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 14, 2007 at 01:00 PM at SECRETARY OF STATE , 123 WILLIAM STREET, 19TH FLOOR, NEW YORK, NY 10038, deponent served the within SUMMONS & VERIFIED COMPLAINT on YOLY A. DRON therein named,

SECRETARY OF STATE — By service upon the N.Y.S. Secretary of State under Section 253 of the Vehicle and Traffic Law by delivering to L. POWELL, LEGAL CLERK, AUTHORIZED to accept thereof, and tendering the required fee of $10.00.

MAILING — Deponent enclosed a copy of same in a postpaid wrapper properly addressed to defendant at defendant's last known residence at 12330 SE BUSH STREET , APT 45, PORTLAND, OR 97236, and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 20, 2007 by CERTIFIED MAIL-RETURN RECEIPT REQUESTED , RECEIPT # 0000 9687 3986 in an envelope marked PERSONAL & CONFIDENTIAL

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | BROWN | BROWN | 35 | 5' 9" | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant in this action.

Sworn to me on: December 20, 2007

| | | | |
|---|---|---|---|
| EL GRABER<br>Notary Public, State of New York<br>. 02GR4699723<br>ualified in New York County | JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified in New York County | JONATHAN GRABER<br>Notary Public, State of New York<br>No. 01GR6156780<br>Qualified in New York County | **ANDERSON CHAN**<br>License #: 1220482 |

PAGE  2/03                    OMRANI & TAUB                    12125995551                    12/27/2007  17:06

Exhibit B

08/09/2006   22:45   9736221903              FREDRICK R SCHREC              PAGE 03

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
## MV-104AN (5/04)

☐ AMENDED REPORT

Precinct: 043
Accident No: 1766

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|
| Month 8 Day 2 Year 06 | WED | 1615 | 2 | 1 | 0 | Reconstructed ☐ | | ☐ Yes ☐ No |

**VEHICLE 1**

☑ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

VEHICLE 1 - Driver License ID Number: 6471243   State of Lic. OREGON
VEHICLE 2 - Driver License ID Number: Q9358125000 6552   State of Lic. NJ

Driver Name—exactly as printed on license: DRON, YURIY, A
Driver Name—exactly as printed on license: PERVAIZ QURESHI

Address (Include Number & Street): 12330 SE BUSH ST   Apt. No. 45
Address (Include Number & Street): 47 ALAN TERRACE   Apt. No.

City or Town: PORTLAND   State: OREGON   Zip Code: 97236
City or Town: JERSEY CITY   State: NJ   Zip Code: 07306

Date of Birth: Month 4 Day 28 Year 68   Sex M   Unlicensed ☐   No. of Occupants ___   Public Property Damaged ☐
Date of Birth: Month 6 Day 28 Year ___   Sex M   Unlicensed ☐   No. of Occupants ___   Public Property Damaged ☐

Name—exactly as printed on registration: MAGALYUK, LARISA   Sex F   Date of Birth Month ___ Day ___ Year ___
Name—exactly as printed on registration: PERVAIZ Q. QURESHI   Sex M   Date of Birth Month ___ Day ___ Year 7

Address (Include Number & Street): PO BOX 821788   Apt. No.   Haz. Mat. Released ☐
Address (Include Number & Street): 47 ALAN TERRACE   Apt. No.   Haz. Mat. Released ☐

City or Town: VANCOUVER   State: WA   Zip Code: 98682
City or Town: JERSEY CITY   State: NJ   Zip Code: 07306

Plate Number: YAFD 126   State of Reg. OREGON   Vehicle Year & Make 2005 VOLVO   Vehicle Type TR   Ins. Code
Plate Number: XHLY 37C   State of Reg. NJ   Vehicle Year & Make 96 TOYOTA   Vehicle Type PAS   Ins. Code 810

Ticket/Arrest Number(s):
Violation Section(s):

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit.

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit.

VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact: 1
Box 2 - Most Damage: 2
Enter up to three more Damage Codes: 3  4  5

VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact: 9
Box 2 - Most Damage: 10
Enter up to three more Damage Codes: 4  5

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Rear End   Left Turn   Right Angle   Right Turn   Head On
Sideswipe (same direction)   Left Turn   Right Turn   Sideswipe (opposite direction)

ACCIDENT DIAGRAM

Vehicle By Towed: To

VEHICLE DAMAGE CODING:
1-13, SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: | ☑ BRONX | ☐ KINGS | ☐ NEW YORK | ☐ QUEENS | ☐ RICHMOND |
|---|---|---|---|---|---|---|---|

Latitude/Northing: X 1 M 0
Road on which accident occurred: W/D CROSS BRONX EX   (Route Number or Street Name)
Longitude/Easting: at 1) intersecting street: BLACK ROCK   (Route Number or Street Name)
or 2) ☐ N ☐ S ☐ E ☐ W of ___ Feet ___ Miles   (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes: AT T/P/O DRIVER OF VEHICLE #1 STATES VEHICLE #2 WAS DRIVING ON SHOULDER MERGED INTO VEHICLE #1. DRIVER OF VEHICLE #2 COMPLAINS OF BACK INJURY.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY: | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 17 | 13 | 6 | | | | | | DRON YURIY A | |
| B | 2 | 1 | 4 | | M | 6 | 12 | 6 | EMS | | JACOBI | | PERVAIZ QURESHI | |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |

Officer's Rank and Signature: P.O. CONNOLLY   Tax ID No.: 937378   NCIC No.: 03030   Precinct: 043   Reviewing Officer:   Date/Time Reviewed:
Print Name In Full: PO CONNOLLY

08/09/2006  22:45  9735221993                    FREDRICK R SCHREC                    PAGE  04

**PERSONS KILLED OR INJURED IN AC____NT** (Letter designation of persons killed or injured ___ correspond with letter designation on front).

| A Last Name | First | M.I. | D Last Name | First | M.I. |
|---|---|---|---|---|---|
| PERVAIZ  Q. QURESHI | | | | | |

| Address | | | Address | | |
|---|---|---|---|---|---|
| 47 ALAN TERRACE  JERSEY CITY  NJ 07302 | | | | | |

| Date of Birth | Telephone (Area Code) | | Date of Birth | Telephone (Area Code) | |
|---|---|---|---|---|---|
| Month 6  Day 20  Year 5  ( ) | | | Month  Day  Year  ( ) | | |

| B Last Name | First | M.I. | E Last Name | First | M.I. |
|---|---|---|---|---|---|

| Address | | | Address | | |
|---|---|---|---|---|---|

| Date of Birth | Telephone (Area Code) | | Date of Birth | Telephone (Area Code) | |
|---|---|---|---|---|---|
| Month  Day  Year  ( ) | | | Month  Day  Year  ( ) | | |

| C Last Name | First | M.I. | Highway Dist. at Scene?  ☐ Yes  ☑ No |
|---|---|---|---|
| | | | Name: |

| Address | | | |
|---|---|---|---|

| Date of Birth | Telephone (Area Code) | Shield No. |
|---|---|---|
| Month  Day  Year  ( ) | | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 NORTHLAND INSURANCE # TN510938   Vehicle No.2 NJ A8131028

Expiration Date 7/29/07                        Expiration Date 9/8/06

VIN 4V4NC9PJ95N389659                         VIN 2T1BBO2E4TC167033

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles          ☐ Motor Transport Division      ☐ NYC Taxi & Limousine Comm.   ☐ Other City Agency
   (if anyone is killed/injured)       (P.D. vehicle involved)          (if a Licensed taxi or limousine   (Specify)
                                                                        involved)
☐ Office of Comptroller            ☐ Personnel Safety Unit          ☐ Highway Unit _____
   (if a City vehicle involved)        (if a P.D. vehicle involved)

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED (other than vehicles)**        **OWNER OF PROPERTY (include city agency, where applicable)**

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle–Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|

Equipment in Use At Time of Accident
   ☐ Siren   ☐ Horn   ☐ Turret Light   ☐ 4-Way Flasher   ☐ High-Level Warning Lights   ☐ Traffic Cones   ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal _____        ☐ Complying with Station House Directive
☐ Pursuing Violator                            ☐ Routine Patrol
☐ Other (Describe) _____

08/30/2006  00:20  973622''  3          FREDRICK R SCHREC          PAGE  03



MAY. 08 2006 04:57PM  P1          FAX NO.          : FROM

08/30/2006  00:20  9736221903          FREDRICK R SCHRECK                PAGE  02

## *Fredrick R. Schreck*

ATTORNEY AT LAW

575 DR. MARTIN LUTHER KING JR. BLVD.
NEWARK, NEW JERSEY 07102

ALSO ADMITTED TO NEW YORK
AND FLORIDA BARS

TEL. (973) 622-5531
FAX (973) 622-1903

August 29, 2006

**VIA FACSIMILE:  866-683-7257**

Northland Insurance Company
P.O. Box 64816
Mail Code 103N
St. Paul, MN. 55164-0816

Attention:  Nancy Nolan

Re:    My Client:  Pervaiz Qureshi
       Your Insured:  Larisa Magalyur
       Your Claim No.:  TN5109938
       D/A:  08/02/06

Dear Ms. Nolan:

Enclosed please find amended police report with regards to the above-referenced matter.

Apparently the police officer did not ask Mr. Qureshi his version of the accident initially and hence, the need for the amended report.

Mr. Qureshi's version seems to comport with the pictures of his vehicle.

Very truly yours,

Fredrick R. Schreck

FRS/cdj
Enclosure

LAW OFFICE OF THOMAS K. MOORE
RECEIVED

DEC 2 - 2007

Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------------------X

PERVAIZ QURESHI

Plaintiff,

-against-

YURIY A. DRON,
LARISA MAGALYUR and
FAST TRACK, LLC

Defendant(s).

-------------------------------------------------------------------X

INDEX NO.: 303037/07
DATE FILED: 11/23/07

Plaintiff designates Bronx
County as the place of trial

**SUMMONS**

The basis of venue:
CPLR Section 503 (a)

Site of Accident:
Cross Bronx Expressway
Bronx, New York

*YOU ARE HEREBY SUMMONED* to answer the Complaint in this action and to serve
a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance on the Plaintiff's attorney within 20 days after the service of this summons, exclusive
of the day of service (or within 30 days after service is complete if this summons is not
personally delivered to you within the State of New York), and in case of your failure to appear
or answer, judgment will be taken against you by default for the relief demanded in the
complaint.

Dated: New York, New York
        November 16, 2007

Yours, etc.

OMRANI & TAUB, P.C.
By: Alex A. Omrani, Esq.
*Attorney(s) for Plaintiff*
535 Fifth Avenue – 23rd Floor
New York, New York 10017
(212) 599-5550

Defendants' Address:
YURIY A. DRON
12330 SE Bush Street, Apt #45
Portland, OR 97236

FAST TRACK, LLC
*<Via Secretary of State>*

LARISA MAGALYUR
P.O. Box 821788
Vancouver, WA 98682
*<Via Secretary of State>*

**PROMPTLY FORWARD THIS DOCUMENT TO YOUR INSURANCE COMPANY**
Northland Ins. Co., 1 Tower Square Hartford, CT 06183.Claim #: TN510938

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X

PERVAIZ QURESHI

               Plaintiff,

      -against-

YURIY A. DRON,
LARISA MAGALYUR and
FAST TRACK, LLC
               Defendant(s).
------------------------------------------------------------------X

Index No.: 303037/07

**VERIFIED COMPLAINT**

Plaintiff, by and through his attorneys, OMRANI & TAUB, P.C., complaining of the
defendants herein, respectfully alleges, upon information and belief, as follows:

1.    That at all times relevant herein, the defendant, YURIY A. DRON, was the owner
of a certain motor vehicle bearing Oregon State license plate registration number YAFD176 for
the year 2006.

2.    That at all times relevant herein, the defendant, YURIY A. DRON, was the
operator of the aforesaid motor vehicle bearing Oregon State license plate registration number
YAFD176.

3.    That at all times relevant herein, the defendant, YURIY A. DRON, was the
operator of the aforesaid motor vehicle bearing Oregon State license plate number YAFD176
with the permission and consent, expressed or implied, of the owner of said vehicle.

4.    That at all times relevant herein, the defendant, YURIY A. DRON, was the
operator of the aforesaid motor vehicle bearing Oregon State license plate number YAFD176
within the scope and course of his employment.

5.    That at all times relevant herein, the defendant, YURIY A. DRON, was the
operator of the aforesaid motor vehicle bearing New York State license plate number LW4602
within the scope and course of his employment for the defendant, FAST TRACK, LLC.

DιB

6.    That at all times relevant herein, the defendant, YURIY A. DRON, maintained the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DιB

7.    That at all times relevant herein, the defendant, YURIY A. DRON, managed and controlled the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

8.    That at all times relevant herein, the defendant, LARISA MAGALYUR, was the owner of the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176 for the year 2006.

DIB

9.    That at all times relevant herein, the defendant, LARISA MAGALYUR, was the operator of the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

10.    That at all times relevant herein, the defendant, LARISA MAGALYUR, maintained the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

11.    That at all times relevant herein, the defendant, LARISA MAGALYUR, managed and controlled the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

12.    That at all times relevant herein, the defendant, FAST TRACK, LLC, was the owner of the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176 for the year 2006.

DKI

13.    That at all times relevant herein, the defendant, FAST TRACK, LLC, was the operator of the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

DKI

14.    That at all times relevant herein, the defendant, FAST TRACK, LLC, maintained the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

15. That at all times relevant herein, the defendant, FAST TRACK, LLC, managed and controlled the aforesaid motor vehicle bearing Oregon State license plate registration number YAFD176.

16. That on or about August 2, 2006 and at all times relevant herein, the plaintiff, PERVAIZ QURESHI, was the operator of a certain motor vehicle bearing New Jersey license plate registration number KRY37C for the year 2006.

17. That at all times relevant herein, the roadway commonly known and identified as Cross Bronx Expressway, at or near its intersection with Black Rock, in the County of Bronx, City and State of New York, was and still is a public thoroughfare

18. That on or about August 2, 2006 on, at or about the aforementioned roadway, the aforesaid motor vehicles bearing Oregon State license plate registration number YAFD176 came into contact with the aforesaid motor vehicle bearing New Jersey State license plate registration number KRY37C.

19. That by reason of said contact, the plaintiff, PERVAIZ QURESHI, was caused to be injured, and to sustain painful, permanent, and disabling personal injuries requiring medical care and treatment.

20. That said contact and the resulting injuries were caused by reason of the carelessness, recklessness and negligence of the defendants herein, and without any negligence on the part of the plaintiff contributing thereto.

21. That as a result of the foregoing, the plaintiff, PERVAIZ QURESHI, sustained a Serious Injury as defined by Section 5102 of the Insurance Law of the State of New York.

22. That as a result of the foregoing, the plaintiff, PERVAIZ QURESHI, sustained a loss greater than Basic Economic Loss as defined in Section 5102 of the Insurance Law of the State of New York.

23.    That this action falls within one or more of the exceptions set forth in CPLR section 1602, including but not necessarily limited to §1602(6). Plaintiff defers all issues of law to the Court for resolution at the time of trial.

24.    That by reason thereof, the plaintiff, PERVAIZ QURESHI, has been damaged in a substantial sum of money to be determined by the court and/or a jury, in excess of the jurisdictional limits of all lower courts which might have jurisdiction over the action.

*W H E R E F O R E*, the plaintiff, PERVAIZ QURESHI demands judgment of the defendants, joint and severally, for an amount to be determined by the court and/or a jury, together with the costs and disbursements of this action.

Dated:  New York, New York
        November 16, 2007

ALEX A. OMRANI, ESQ.

STATE OF NEW YORK  )
         ) ss.:
COUNTY OF NEW YORK )

  ALEX A. OMRANI, ESQ., being duly sworn, affirms and says that:

  He is an attorney duly admitted to practice law in the State of New York and is a member

of the firm of OMRANI & TAUB, P.C. in the within action; that he has read the foregoing

**Summons and Verified Complaint** and knows the contents thereof, that the same is true to the

best of his own knowledge, except as to the matters therein stated to be alleged on information

and belief, and that as to those matters he believes them to be true.

  The reason this verification is not made by the plaintiff is that plaintiff resides and is

located outside the county wherein the undersigned maintains his office.

  The source of affirmant's information and the grounds for his belief, as to those matters

stated upon information and belief, are statements furnished to deponent by plaintiff, personal

investigation of this matter and from records maintained in affirmant's office file.

  I affirm the foregoing statements to be true under the penalties of perjury.


Dated: New York, New York
   November 16, 2007

              ALEX A. OMRANI, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------x

**PERVAIZ QURESHI,**

|                          |                    |
| ------------------------ | ------------------ |
| Plaintiff,               | **DEMAND FOR DAMAGES** |
| -against-                | Index No.:   303037/07 |

**YURIY A. DRON, LARISA MAGALYUR and
FAST TRACK, LLC,**

Defendants,

-------------------------------------------------------------------x

COUNSELORS:

Pursuant to CPLR §3017(c) within fifteen (15) days from the date of service of this

request, you are hereby required to set forth the total damages to which plaintiff(s) deems

himself/herself entitled to list same separately for each cause of action.

Dated: New York, New York
          January 4, 2008

Law Office of John P. Humphreys
By: Robert J. Giard, Esq.
Attorneys for Defendants
YURIY A. DRON, LARISA MAGALYUR
and FAST TRACK, LLC
485 Lexington Avenue / 7th Floor
New York, New York 10017
Telephone No.: (917) 778-6600

TO:
OMRANI & TAUB, P.C.
Attorneys for Plaintiff
535 Fifth Avenue / 23rd Floor
New York, New York 10017
(212) 599-5550

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------x
PERVAIZ QURESHI,

                     **Plaintiff,**

   - against -

YURIY A. DRON, LARISA MAGALYUR and
FAST TRACK, LLC,

                **Defendants,**
-------------------------------------------------------------------x

**VERIFIED
ANSWER WITH
COUNTER-CLAIM**

Index No.:   303037/07

      The Law Office of JOHN P. HUMPHREYS, as attorney and on behalf of defendants, YURIY A. DRON, LARISA MAGALYUR and FAST TRACK, LLC, answering the Complaint of plaintiff herein, upon information and belief, respectfully alleges:

### AS AND FOR AN ANSWER ON BEHALF OF DEFENDANTS, YURIY A. DRON, LARISA MAGALYUR AND FAST TRACK, LLC

1.     Upon information and belief denies each and every allegation contained in the paragraph of the Complaint designated **"1", "6", "7", "9", "18", "19", "20", "21", "22", "23" AND "24"**.

2.     Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs of the Complaint designated **"2", "3", "4", "5", "8", "10", "11", "12", "13", "14", "15" AND "16"**.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

3.     These parties' responsibility for non-economic loss, if any, which is expressly denied herein, is less than 50% of any responsibility attributed to any tortfeasor, whether or not a party hereto, who is or may be responsible for the happening of plaintiff's alleged accident

and, thus, these parties are entitled to a limitation of damages as set forth in CPLR Article 16.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

4.     The injuries and damages allegedly sustained by plaintiff were caused in whole or in part by the culpable conduct of plaintiff, including negligence and assumption of risk, as a result of which the claim of plaintiff is therefore barred or diminished in the proportion that such culpable conduct of plaintiff bears to the total culpable conduct causing the alleged injuries and damages.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

5.     That if it is determined that plaintiff failed to use available seatbelts, defendant hereby plead such fact in mitigation of damages.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

6.     That this action is barred by reason of the fact that plaintiff did not sustained a "serious injury" as defined in Section 5102 of the Insurance Law and, thus, has no right of recovery under Sec. 5104 of the Insurance Law.

### *AS AND FOR A COUNTERCLAIM FOR COMMON LAW NEGLIGENCE AGAINST PLAINTIFF THESE DEFENDANTS ALLEGE THE FOLLOWING:*

7.     That if plaintiff was caused to sustain injuries and/or damages at the time and place set forth in the Complaint through any carelessness, recklessness and/or negligence other than the plaintiff's own, such damages were sustained in whole or in part by any reason of the carelessness, recklessness and negligence and/or negligent acts of omission or commission of plaintiff.

Further, if plaintiff should recover judgment against these answering defendants, the plaintiff shall be liable to these defendants on the basis of apportionment of responsibility