UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERVAIZ QURESHI,

                          Plaintiff,    **FRCP 7.1 STATEMENT**

-against –

YURIY A. DRON, LARISA MAGALYUR
and FAST TRACK, LLC,

                          Defendant.



Pursuant to FRCP 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following corporate parents, subsidiaries or affiliates of FAST TRACK, LLC, which are publicly held:

                          **NONE**

Dated: New York, New York
        January 10, 2008

                            BY : FREDERICK D. SCHMIDT, JR. (FDS 8821)
                            LAW OFFICE OF JOHN P. HUMPHREYS
                            Attorneys for Defendants
                            YURIY A. DRON, LARISA MAGALYUR
                            and FAST TRACK, LLC
                            485 Lexington Avenue, 7th Floor
                            New York, New York 10017
                            (917) 778-6600

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

MARIA PIZZO, being duly sworn, deposed and says:

That she is a secretary in the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for the defendant, **Yuriy A. Dron, Larisa Magalyur and Fast Track, LLC** is over 18 years of age; is not a party to the action. That on the 14th day of January, 2008, she served the within **FRCP 7.1 STATEMENT** by regular mail upon the parties named below by depositing a true copy of the same securely enclosed in a postpaid wrapper in a mail box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the attorneys named below at their respective addresses for that purpose, or the place where said parties then kept an office, between which places there then was and now is a regular communication, by mail, as follows:

Served Upon:
OMRANI & TAUB, P.C.
Attorneys for Plaintiff
535 Fifth Avenue / 23rd Floor
New York, New York 10017
(212) 599-5550

_____
MARIA PIZZO

Sworn to before me this
14TH day of January, 2008

_____
Notary Public

JAY STUART WILD
Notary Public, State of New York
No. 01WI4978093
Qualified in Queens County
Commission Expires 02/25/2011

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

MARIA PIZZO, being duly sworn, deposed and says:

That she is a secretary in the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for the defendant, **Yuriy A. Dron, Larisa Magalyur and Fast Track, LLC** is over 18 years of age; is not a party to the action. That on the 14th day of January, 2008, she served the within **FRCP 7.1 STATEMENT** by regular mail upon the parties named below by depositing a true copy of the same securely enclosed in a postpaid wrapper in a mail box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the attorneys named below at their respective addresses for that purpose, or the place where said parties then kept an office, between which places there then was and now is a regular communication, by mail, as follows:

Served Upon:
OMRANI & TAUB, P.C.
Attorneys for Plaintiff
535 Fifth Avenue / 23rd Floor
New York, New York 10017
(212) 599-5550

MARIA PIZZO

Sworn to before me this
15TH day of January, 2008

Notary Public

FREDERICK D. SCHMIDT, JR.
Notary Public, State of New York
No. 4942786
Qualified in Westchester County
Commission Expires Oct. 3, 199_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK    08 CV 00246

PERVAIZ QURESHI,

                                         Plaintiff,

-against-

YURIY A. DRON, LARISA MAGALYUR
AND FAST TRACK, LLC,

                                         Defendants.

## FRCP 7.1 STATEMENT

Law Office of
**JOHN P. HUMPHREYS**

Attorneys for Defendant
YURIY A. DRON, LARISA MAGALYUR AND
FAST TRACK, LLC
Office & P.O. Address
485 Lexington Avenue, 7th Floor
New York, New York 10017

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
(917) 778-7022

TO:

Service of a copy of the within                                    is hereby admitted.

Dated:

_____
Attorney(s) for Defendants

**NOTICE OF ENTRY:**

   PLEASE TAKE NOTICE that the within is a true copy of an order entered in office of the Clerk of the above Court on the ____ day of _____ 200  .

**NOTICE OF SETTLEMENT:**

   PLEASE TAKE NOTICE that the within proposed order will be presented for settlement and entry at the Courthouse on the ____ day of _____ 200  , at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated:    New York, New York

                                         Law Office of
                                         **JOHN P. HUMPHREYS**
                                         Attorneys for Defendant(s)
                                         As Designated Above