UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
QURESHI :
:          08 Civ. 246 (LMM)
           Plaintiff(s),   :
:          CASE MANAGEMENT PLAN
    - against -            :          AND SCHEDULING ORDER
:
DRON, et al.               :          ┌─────────────────────────────┐
:          │ USDC SDNY                   │
           Defendant(s).   :          │ DOCUMENT                    │
:          │ ELECTRONICALLY FILED        │
------------------------------------x  │ DOC #: _____        │
                                       │ DATE FILED: 2/13/08         │
                                       └─────────────────────────────┘

McKENNA, D.J.

1.  Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2.  ___ Complex      ___ Standard      ___ Expedited

3.  Initial document production to be completed by _____.

4.  Party depositions to be completed by _____.

5.  Third party depositions to be completed by _____.

6.  Parties and counsel to meet to discuss settlement by _____.

7.  Experts' reports to be served by _____.

8.  Experts' depositions to be completed by _____.

9.  All discovery to be completed by 10/31/08.

10. Next pretrial conference 9/8/08 at 4:15 P.M.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:

Dated:   New York, New York
         2/13/08
                                        SO ORDERED.

                                        _____
                                        LAWRENCE M. McKENNA
                                        U.S.D.J.