UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PERVAIZ QURESHI,

                                   Plaintiff,          **NOTICE OF**
                                                             **JURY DEMAND**

      - against -

                                                               **Docket No.: 08 CV 00246**

YURIY A. DRON, LARISA MAGALYUR and
FAST TRACK, LLC,

                                    Defendants.
-----------------------------------------------------------------X

**C O U N S E L O R S:**

    **PLEASE TAKE NOTICE** that the undersigned demands a trial by jury composed of individuals pursuant to the Court Rule.

Dated: New York, New York
       March 4, 2008

                                          _____
                                          FREDERICK D. SCHMIDT, JR., (FDS 8821)
                                          LAW OFFICE OF JOHN P. HUMPHREYS
                                          Attorneys for Defendants
                                          YURIY A. DRON, LARISA MAGALYUR and
                                          FAST TRACK, LLC
                                          Office & P.O. Address
                                          485 Lexington Avenue – 7th Floor
                                          New York, New York 10017
                                          (917) 778-6600

TO:

OMRANI & TAUB, P.C.
Attorneys for Plaintiff
535 Fifth Avenue / 23rd Floor
New York, New York 10017
(212) 599-5550

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )
COUNTY OF NEW YORK          )

MARIA PIZZO, being duly sworn, deposed and says:

That she is a secretary in the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for the defendant, **Yuriy A. Dron, Larisa Magalyur and Fast Track, LLC** is over 18 years of age; is not a party to the action. That on the 6th day of March, 2008, she served the within **NOTICE OF JURY DEMAND** by regular mail upon the parties named below by depositing a true copy of the same securely enclosed in a postpaid wrapper in a mail box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the attorneys named below at their respective addresses for that purpose, or the place where said parties then kept an office, between which places there then was and now is a regular communication, by mail, as follows:

Served Upon:

OMRANI & TAUB, P.C.
Attorneys for Plaintiff
535 Fifth Avenue / 23rd Floor
New York, New York 10017
(212) 599-5550

_____
MARIA PIZZO

Sworn to before me this
6th day of March, 2008

_____
Notary Public

CATHY ARANZULLO
Commssioner of Deeds
City of New York - No. 5-1498
Certificate Filed in Richmond County
Commission Expires 12-1-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK            08 CV 00246

**PERVAIZ QURESHI,**

                                                Plaintiff,

-against-

**YURIY A. DRON, LARISA MAGALYUR AND FAST TRACK, LLC,**

                                                Defendants.

### NOTICE OF JURY DEMAND

Law Office of
**JOHN P. HUMPHREYS**

Attorneys for Defendants
**YURIY A. DRON
FAST TRACK, LLC
LARISA MAGALYUR**
Office & P.O. Address
**485 Lexington Avenue, 7th Floor
New York, New York 10017**

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
(917) 778-7022

TO:

Service of a copy of the within                                       is hereby admitted.

Dated:                                         _____

                                              Attorney(s) for Defendants

**NOTICE OF ENTRY:**

      **PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above Court on the ____ day of _____ 200 .

**NOTICE OF SETTLEMENT:**

      **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the Courthouse on the ____ day of _____ 200 , at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated:    New York, New York                                        **Law Office of
JOHN P. HUMPHREYS**
                                                                            Attorneys for Defendant(s)
                                                                            As Designated Above