UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
QURESHI,                            :
                                    :
            Plaintiff(s),           :     08 Civ. 246 (LMM)
                                    :
      - against -                   :     CASE MANAGEMENT PLAN
                                    :     AND SCHEDULING ORDER
DRON, ET AL.,                       :
                                    :
            Defendant(s).           :
                                    :
------------------------------------x

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. ___ Complex    ___ Standard    ___ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. Third party depositions to be completed by _____.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by 10/31/08.

10. Next pretrial conference _____ at _____.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:
    ALL MOTIONS BY 12/1/08. PROPOSED JOINT PRETRIAL ORDER BY 12/1/08 OR 30 DAYS AFTER DECISION OF MOTION(S), IF ANY, WHICHEVER DATE IS LATER

Dated:   New York, New York
         9/8/08
                                          SO ORDERED.

                                          _____
                                          LAWRENCE M. McKENNA
                                          U.S.D.J.